# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DDRM HILL TOP PLAZA L.P., and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: SACV 21-00142CJC(ADSx) <br><br> JUDGMENT |
| DDRM HILL TOP PLAZA L.P., <br><br> Counterclaimant, <br><br> v. <br><br> FITNESS INTERNATIONAL, LLC <br><br> Counter-Defendant | |

This matter came before the Court on the parties' cross motions for summary judgment. On October 20, 2021, the Court granted Defendant DDRM Hill Top Plaza L.P.'s motion for summary judgment and denied Plaintiff Fitness International Inc.'s motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant for its breach of contract claim in the amount of $796,525.47.

DATED:   October 20, 2021

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL