|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 1 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FITNESS INTERNATIONAL, LLC, a California limited liability company,

        Plaintiff-counter-defendant-Appellant,

v.

DDRM HILL TOP PLAZA, LP, a Delaware limited partnership,

        Defendant-counter-claimant-Appellee.

No. 21-56258

D.C. No. 8:21-cv-00142-CJC-ADS
Central District of California, Santa Ana

ORDER

The court's records reflect that the notice of appeal was filed during the pendency of a timely filed motion listed in Federal Rule of Appellate Procedure 4(a)(4). The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

Within 7 days after the district court's ruling on the pending motion, appellant shall notify this court in writing of the ruling.

LCC/MOATT

Any party intending to appeal the district court's ruling on the post-judgment motion must file a notice of appeal, or an amended notice of appeal, within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7