JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

FITNESS INTERNATIONAL, LLC,

   Plaintiff,

   v.

DDRM HILL TOP PLAZA L.P., and DOES 1 through 10 inclusive,

   Defendants.

DDRM HILL TOP PLAZA L.P.,

   Counterclaimant,

   v.

FITNESS INTERNATIONAL, LLC

   Counter-Defendant

Case No.: SACV 21-00142CJC(ADSx)

[AMENDED] JUDGMENT

This matter came before the Court on the parties' cross motions for summary judgment. On October 20, 2021, the Court granted Defendant DDRM Hill Top Plaza L.P.'s motion for summary judgment and denied Plaintiff Fitness International Inc.'s motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant for its breach of contract claim in the amount of $877,712.78.

DATED:    December 2, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**