UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC, a California limited liability company,<br><br>        Plaintiff-counter-defendant-Appellant,<br><br> v.<br><br>DDRM HILL TOP PLAZA, LP, a Delaware limited partnership,<br><br>        Defendant-counter-claimant-Appellee. | No. 21-56258<br><br>D.C. No. 8:21-cv-00142-CJC-ADS<br>Central District of California, Santa Ana<br><br>ORDER |
| FITNESS INTERNATIONAL, LLC, a California limited liability company,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DDRM HILL TOP PLAZA, LP, a Delaware limited partnership,<br><br>        Defendant-Appellee,<br><br> and<br><br>DOES, 1-10, inclusive,<br><br>        Defendant. | No. 22-55012<br><br>D.C. No. 8:21-cv-00142-CJC-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

LCC/MOATT

The January 5, 2022, order to show cause in No. 21-56258 is discharged. Appellant's request to consolidate these appeals (Docket Entry No. 15 in No. 21-56258) is granted. Appeal Nos. 21-56258 and 22-55012 are consolidated.

The consolidated opening brief and excerpts of record are due April 11, 2022. The consolidated answering brief is due May 9, 2022. The optional consolidated reply brief is due within 21 days after service of the answering brief.